# EXHIBIT A

## Plaintiffs' Proposed Expedited Schedule

| Pleading | Filing Date | Time Elapsed from Case Inception |
|---:|---|---|
| Complaint | Aug. 8th, 2024 | |
| Plaintiffs' 3(g) Motion to Expedite for Good Cause | Oct. 15th, 2024 | 9 weeks |
| DOJ's Answer | Nov. 6th, 2024 | 12 weeks |
| Plaintiffs' Motion for Partial Summary Judgment (Counts I & II) | Nov. 18th, 2024 | 14 weeks |
| DOJ's Opposition (and any Cross-Motion for Summary Judgment) | Dec. 23rd, 2024 | 19 weeks |
| Plaintiffs' Reply in support of MPSJ & Opposition to any cross-MSJ | Jan. 13th, 2025 | 22 weeks |
| DOJ's Reply in support of any Cross-MSJ | Feb. 3rd, 2025 | 25 weeks |