**Web Pages Cited in the Opinion**

An official website of the United States government    Here's how you know

MENU

Home    The U.S. and its government    A-Z index of U.S. government departments and agencies    NOAA Fisheries

# NOAA Fisheries

NOAA Fisheries, also known as the National Marine Fisheries Service, is responsible for the management, conservation, and protection of living marine resources within about 200 miles of the U.S. coast.

**Website**

NOAA Fisheries

**Contact**

- Contact NOAA Fisheries
- Contact a NOAA Fisheries regional office near you

**Main address**

1315 East-West Highway

Silver Spring, MD 20910

SHARE THIS PAGE:  

## Have a question?

Ask a real person any government-related question for free. They will get you the answer or let you know where to find it.



[Call USAGov](#)

[Chat with USAGov](#)



**About us**

[About USAGov](#)

**Government information**

[All topics and services](#)

**Sign up to receive email updates**

Enter your email

Sign up

[Directory of U.S. government agencies and departments](#)

[Branches of government](#)

[Privacy and security policies](#)

[Accessibility policy](#)

[Report a website issue](#)

[Website usage data](#)

**For federal agencies**

[Partner with us](#)

[Read our blog](#)

**For media**

[USAGov Outreach](#)

[Feature articles](#)

**Find us on social media**





**USAGov is the official guide to government information and services**

An official website of the U.S. General Services Administration

GSA accessibility support

GSA privacy policy

FOIA requests